SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Keys Cafe', LLC, et al,<br><br>    Defendants | Case No. **2:11-cv-00615-MCE-JFM**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

IT IS HEREBY ORDERED THAT:

1. This action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///

///

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00615-MCE-JFM - 1

2. The Clerk of the Court is directed to close this
   case.

**Date:   7/19/2011**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00615-MCE-JFM - 2